# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| In Re: | ) |
| Shawanda L. Brown, | ) |
|                     Debtor. | ) CHAPTER13 NO.  09-20785 |
| | ) |

### WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, the Debtor by and through her Attorney and Withdraws the Proof of Claim # 6 Debtor filed on behalf of the US Dept of Education dated August 12, 2009 for $3,786.00 as Creditor filed its own Proof of Claim #9 for $4,294.18 dated July 17, 2009.

This 18th day of  August, 2010.

                                                   /s/ Richard H. Taylor
                                                   Richard H. Taylor
                                                   Georgia Bar No. 701115
                                                   Attorney for Debtor

1614 Ellis Street
Brunswick, Georgia 31520
(912) 264-2347
FAX 264-2555

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| In Re: ) | |
| Shawanda L. Brown, ) | |
|         Debtor. ) CHAPTER 13 NO. 09-20785 | |
| ) | |

## **CERTIFICATE OF SERVICE**

This is to certify I have served a copy of the Debtor's Withdrawal of the Proof of Claim for $3,786.00 she filed on behalf of the Creditor, US Dept of Education dated August 12, 2009 upon:

    Chapter 13 Trustee
    PO Box 1717
    Brunswick, GA 31521-1717

    Direct Loan Servicing Center
    PO Box 5609
    Greenville, TX 75403-5609

by placing the same in the United States mail with sufficient postage thereon to assure delivery.

This 18th day of August, 2010.

                                            /s/ Richard H. Taylor
                                            Richard H. Taylor
                                            Georgia Bar No. 701115
                                            Attorney for Debtor

1614 Ellis Street
Brunswick, Georgia 31520
(912) 264-2347  FAX 264-2555